**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 28 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAHILA TARVERDIYEVA; VIJAY
TANDON,

No. 24-826

D.C. No. 3:22-cv-05468-WHA

Plaintiffs - Appellants,

v.

MEMORANDUM[*]

COINBASE, INC.; COINBASE GLOBAL,
INC.; PHILLIP MARTIN; MATTHEW
MULLER,

Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of California
William Alsup, District Judge, Presiding

Submitted August 20, 2024[**]

Before: S.R. THOMAS, RAWLINSON, and COLLINS, Circuit Judges.

Rahila Tarverdiyeva and Vijay Tandon appeal pro se from the district

court's order denying their motion for relief under Federal Rule of Civil Procedure

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

60(b)(3) in their civil action alleging fraud and related claims.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Casey v. Albertson's Inc*, 362 F.3d 1254, 1257 (9th Cir. 2004).  We affirm.

The district court did not abuse its discretion by denying plaintiffs' motion under Rule 60(b)(3) because plaintiffs failed to demonstrate any grounds for relief. *See id.* at 1260 (to prevail under Rule 60(b)(3), the "moving party must prove by clear and convincing evidence" that judgment was obtained through fraud, misrepresentation, or other misconduct that was not "discoverable by due diligence before or during the proceedings" (citation and internal quotation marks omitted)).

We reject as without merit plaintiffs' contention that the district court was required to hold a hearing on plaintiffs' Rule 60(b)(3) motion.

We do not consider plaintiffs' contentions regarding the underlying judgment because plaintiffs failed to file a timely notice of appeal as to the judgment.  *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days of judgment).

**AFFIRMED.**